ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                )
                                           )
NH1 JV                                     )    ASBCA No. 64423
                                           )
Under Contract No. W91238-22-C-0023        )

APPEARANCES FOR THE APPELLANT:        Robert F. Babcock, Esq.
                                      Cody W. Wilson, Esq.
                                        Babcock Scott & Babcock, PC
                                        Salt Lake City, UT

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      E. Christopher Lambert, Esq.
                                        Assistant Chief Trial Attorney

                                      Colby K Stewart, Esq.
                                      Amanda R. Chase, Esq.
                                      Kristin E. Tyree, Esq.
                                      Schuyler Lystad, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Sacramento

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 6, 2026

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64423, Appeal of NH1 JV, rendered in conformance with the Board's Charter.

Dated: February 6, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals